IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| COURTNEY SCOTT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-11-540-R |
|  | ) |  |
| SGT. RITTER, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Petitioner filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights. On June 7, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation wherein he recommends denial of Plaintiff's request for leave to proceed *in forma pauperis* on grounds of mootness, Plaintiff having paid the filing fee. The record reflects that Plaintiff has not objected to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby adopted, and the Plaintiff's motion for leave to proceed *in forma pauperis* is hereby denied. This matter is hereby re-referred to Judge Bacharach for additional proceedings.

IT IS SO ORDERED this 27th day of June 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE